RICERA BIOSCIENCES, LLC, a Delaware limited liability company Plaintiff/Counterclaim Defendant Below, Appellant,

v.

NORDION INC., fka MDS Inc., a Canadian corporation, and Nordion (US) Inc., fka MDS Pharma Services (US) INC. a Delaware corporation, Defendants/Counterclaim Plaintiffs Below, Appellees.

No. 293, 2015

Supreme Court of Delaware.

Submitted: December 2, 2015

Decided: December 4, 2015

Court Below—Superior Court of the State of Delaware in and for New Castle County, C.A. No. N13C–10–280.

AFFIRMED.

Vladimir RIVKIN, Defendant and Counterclaim Plaintiff–Below, Appellant,

v.

Michael CHOUPAK, Serguei Sofinski, and Intermedia.Net, Inc., Plaintiffs and Counterclaim Defendants–Below, Appellees.

No. 292, 2015

Supreme Court of Delaware.

Submitted: December 2, 2015

Decided: December 4, 2015

Court Below: Court of Chancery of the State of Delaware, C.A. No. 7000–VCL

AFFIRMED.

Dennis O. WILLIAMS, Defendant Below–Appellant,

v.

STATE of Delaware, Plaintiff Below–Appellee.

No. 155, 2015

Supreme Court of Delaware.

Submitted: November 18, 2015

Decided: December 4, 2015

Court Below: Superior Court of the State of Delaware in and for New Castle County, No. 1402014360

AFFIRMED.